# In the United States Court of Federal Claims

No. 14-597C
(Filed: December 18, 2014)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
\*
**HARBINGER CAPITAL PARTNERS, LLC,** \*
**et al.,** \*
\*
      **Plaintiffs,** \*
\*
      **v.** \*
\*
**THE UNITED STATES,** \*
\*
      **Defendant.** \*
\*
* * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER

---

      This matter comes before the Court on the parties' "joint motion to enlarge time for responding to the complaint." Good cause having been shown, the Court **GRANTS** the parties' motion. Defendant shall respond to Plaintiffs' complaint on or before **February 2, 2015.**

                                                          s/Mary Ellen Coster Williams
                                                         **MARY ELLEN COSTER WILLIAMS**
                                                          **Judge**