# In the United States Court of Federal Claims

No. 14-597C
(Filed: December 10, 2015)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
\*
**HARBINGER CAPITAL PARTNERS, LLC,** \*
**et al.,** \*
\*
      **Plaintiffs,** \*
\*
      **v.** \*
\*
**THE UNITED STATES,** \*
\*
      **Defendant.** \*
\*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

___

## ORDER
___

On December 9, 2015, Plaintiffs filed an unopposed motion to substitute counsel of record. Plaintiffs' motion is **GRANTED**. The clerk is directed to substitute Sarah Wilson, Covington & Burling LLP, as counsel of record for Plaintiffs.

                                       s/Mary Ellen Coster Williams
                                       **MARY ELLEN COSTER WILLIAMS**
                                       **Judge**