# In the United States Court of Federal Claims
No. 14-597C
(Filed: December 11, 2015)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**HARBINGER CAPITAL PARTNERS, LLC, et al.,**

    **Plaintiffs,**

    **v.**

**THE UNITED STATES,**

    **Defendant.**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____

## ORDER
_____

    This matter comes before the Court on Plaintiffs' notice of voluntary dismissal. No responsive pleading has been served in this action. Therefore, Plaintiffs' motion is **GRANTED** pursuant to Rule 41(a)(1)(A)(i). This case is **DISMISSED WITHOUT PREJUDICE**.

     s/Mary Ellen Coster Williams
    **MARY ELLEN COSTER WILLIAMS**
    **Judge**